**Pilar C. French**, OSB No. 962880
frenchp@lanepowell.com
**Brian T. Kiolbasa**, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Mortgage Electronic Registration
Systems, Inc. and Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ALEKSANDER MIKITYUK and OLITITSA MIKITYUK**, individuals,<br><br>      Plaintiffs,<br><br> v.<br><br>**NORTHWEST TRUSTEE SERVICES, INC., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and WELLS FARGO BANK, N.A.**,<br><br>      Defendants. | Case No. 3:12-cv-1518-JE<br><br>Mortgage Electronic Registration Systems, Inc.'s and Wells Fargo Bank, N.A.'s **MOTION TO DISMISS**<br><br>ORAL ARGUMENT REQUESTED |

### I. LR 7-1 CERTIFICATE OF COMPLIANCE

Counsel for defendants Mortgage Electronic Registration Systems, Inc. ("MERS"), and Wells Fargo Bank, N.A. ("Wells Fargo") certifies that he attempted to confer in good faith with plaintiffs' counsel via telephone on December 19 and December 21, 2012, and via e-mail on December 5, December 18, and December 21, 2012, regarding the content of this Motion, but

PAGE 1 -   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S AND WELLS
     FARGO BANK, N.A.'S MOTION TO DISMISS

707220.0091/5543138.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

was unable to contact plaintiffs' counsel. Moving defendants therefore presume that plaintiffs oppose this Motion.

## II. **MOTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(b)(7), MERS and Wells Fargo, by and through their counsel of record, respectfully moves this Court to dismiss plaintiffs' First Amended Complaint (ECF No. 22) with prejudice.

This Motion is supported by moving defendants' accompanying Memorandum in Support of the Motion to Dismiss, containing a recitation of facts and a memorandum of law, the Declaration of Brian T. Kiolbasa in Support of Defendants' Motion to Dismiss, and the files and records of this case.

DATED: December 21, 2012

LANE POWELL PC

By  /s/ Brian T. Kiolbasa
   Pilar C. French, OSB No. 962880
   Brian T. Kiolbasa, OSB No. 112890
   Telephone: 503.778.2100
Attorneys for Mortgage Electronic Registration Systems, Inc. and Wells Fargo Bank, N.A.

PAGE 2 -   MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'S AND WELLS FARGO BANK, N.A.'S MOTION TO DISMISS